**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**tara.elliott@usdoj.gov**

**TARYN MEEKS**
**Trial Attorney**
**National Security Division**
**U.S. Department of Justice**
**Phone: (202) 532-4162**
**taryn.meeks@usdoj.gov**

**FILED**

OCT - 4 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18-54-M-DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **DISTRIBUTION OF EXPLOSIVE MATERIALS** |
| **BRUCE BOONE WANN,** | Title 18 U.S.C. § 842(a)(3)(B) (Counts I and II) |
| Defendant. | (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

|  | **ILLEGAL POSSESSION OF A MACHINEGUN**<br>Title 18 U.S.C. § 922(o) (Count III)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|--|--|
|  | **POSSESSION OF AN UNREGISTERED SILENCER**<br>Title 26 U.S.C. § 5861(d) (Counts IV and V)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|  | **POSSESSION OF FIREARMS WITH OBLITERATED SERIAL NUMBERS**<br>Title 18 U.S.C. § 922(k) (Count VI)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
|  | **POSSESSION OF A SHORT BARRELLED RIFLE**<br>Title 26 U.S.C. § 5861(d) (Count VII)<br>(Penalty: Ten years imprisonment, $10,000 fine, and three years of supervised release) |
|  | **POSSESSION OF A DESTRUCTIVE DEVICE**<br>Title 26 U.S.C. § 5861(d) (Count VIII)<br>(Penalty: Ten years imprisonment, $10,000 fine, and three years of supervised release) |
|  | **POSSESSION OF A STOLEN FIREARM**<br>Title 18 U.S.C. § 922(j) (Count IX)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|  | **CRIMINAL FORFEITURE**<br>18 U.S.C. § 844(c)<br>18 U.S.C. § 924(d)<br>26 U.S.C. § 5872(a) |

THE GRAND JURY CHARGES:

## COUNT I

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly distributed explosive materials, namely an improvised grenade, to another a person who was not a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, in violation of 18 U.S.C. §§ 842(a)(3)(B) and 844(a).

## COUNT II

On or about June 22, 2018, at Kila and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly distributed explosive materials, namely dynamite, to another a person who was not a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, in violation of 18 U.S.C. §§ 842(a)(3)(B) and 844(a).

## COUNT III

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly

possessed a machinegun, namely a RPB Industries, Model M 10, .45 ACP caliber firearm, in violation of 18 U.S.C. § 922(o).

## COUNT IV

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly possessed a firearm, namely a silencer (attached to a Ruger, Model MKII, .22LR caliber pistol) having no markings and no serial number attached, which was not registered to him in the National Firearms Registration and Transfer record, in violation of 26 U.S.C. § 5861(d).

## COUNT V

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly possessed a firearm, namely a silencer (attached to an Argentine Mauser, Model 1909 .308 Winchester caliber rifle) having no markings and no serial number attached, which was not registered to him in the National Firearms Registration and Transfer record, in violation of 26 U.S.C. § 5861(d).

## COUNT VI

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly possessed firearms, namely: a Ruger, Model MKII, .22LR caliber pistol, and an

4

Argentine Mauser, Model 1909 .308 Winchester caliber, that had been shipped and transported in interstate and foreign commerce respectively, from which the manufacturer's serial numbers had been removed, altered, and obliterated, in violation of 18 U.S.C. § 922(k).

## COUNT VII

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly possessed a firearm, that is a Ruger, Model 10/22 Carbine, .22LR caliber rifle, having a barrel of less than 16 inches in length and an overall length of less than 26 inches, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT VIII

On or about June 21, 2018, at Marion and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly possessed a firearm, that is a destructive device, as defined by 26 U.S.C. § 5845(a)(8) and (f)(l)(A), namely an improvised grenade, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT IX

On or about September 16, 2018, at Kalispell and within Flathead County, in the State and District of Montana, the defendant, BRUCE BOONE WANN, knowingly possessed stolen firearms, namely, an American Tactical .45 caliber pistol, a Spikes Tactical AR-15 rifle, and a Smith and Wesson model 1000 12-gauge shotgun, each having been transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. § 922(j).

## FORFEITURE ALLEGATION

Upon conviction of any offense charged in counts I and II of this indictment, the defendant, BRUCE BOONE WANN, pursuant to 18 U.S.C. § 844(c), shall forfeit to the United States any explosive materials involved and used and intended to be used in the violation.

Upon conviction of any of the offense charged in counts III through IX of this indictment, the defendant, BRUCE BOONE WANN, pursuant to 18 U.S.C. § 924(d), shall forfeit to the United States: (1) any firearms and ammunition involved and used in any knowing violation of said offense; and (2) any firearms and ammunition involved and used in any willful violation of 18 U.S.C. § 922(o) and 26 U.S.C. § 5861(d), including the firearms listed in counts III through IX, and any related ammunition.

Upon conviction of any offense charged in counts IV, V, VII and VIII of this indictment, the defendant, BRUCE BOONE WANN, pursuant to 26 U.S.C. § 5872(a), shall forfeit to the United States any firearms involved in any violation of 26 U.S.C. § 5861(d), including the firearms listed in counts IV, V, VII and VIII.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant:_____
Bail:_____

In fed custody

Arraignment set
10/10/18 @ 2:00 pm
Msla - Judge Lynch

7