**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18-54-M-DLC |
|---|---|
| Plaintiff, | UNITED STATES' DECLARATION REGARDING THE PRODUCTION OF DISCOVERY |
| vs. | |
| BRUCE BOONE WANN, | |
| Defendant. | |

1

The United States hereby declares that it has produced[1] all available electronic evidence to the defense, has verified that said evidence is in its original format, and ensured that defense counsel has been able to view the evidence.

The United States further declares that a detailed index has been provided to the defense describing the evidence referenced in this disclosure.

DATED this 25th day of October, 2018.

>KURT G. ALME
>United States Attorney
>
>*/s/ Tara J. Elliott*
>Assistant U.S. Attorney
>Attorney for Plaintiff

---

[1] Certain evidence in this case is marked as "Sensitive Material" under Local Rule 16.4 for the protection of witnesses.  Based on this designation, defense counsels have been advised in the provided index that some material is "available for review" at the United States Attorney's Office in Missoula, Montana.