

FILED

NOV 13 20..

Clerk, U.S District
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–54–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRUCE BOONE WANN, | |
| Defendants. | |

Before the Court is Defendant Bruce Wann's Unopposed Motion to File Document under Seal. (Doc. 20.)

IT IS ORDERED that the motion (Doc. 16) is GRANTED. The Plea Agreement shall be filed under seal.

DATED this 13th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court