IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-54-M-DLC |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| BRUCE BOONE WANN, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Bruce Boone Wann appeared before the Court on December 3, 2018, and entered a plea of guilty to counts III, V, VII and VIII of the indictment. He also admitted the forfeiture allegation. Wann's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 844(c), 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

IT IS ORDERED:

THAT Defendant Wann's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 844(c), 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a):

1

- Three Cardboard Tubes with end caps and multi-colored fuses;

- Five simulator hand grenades in cardboard box with instructions;

- One Ruger .22 caliber long rifle pistol with suppressed barrel and serial number removed;

- One Ruger 22/45 MK II .22 caliber long rifle pistol, target model, with threaded barrel and serial number removed;

- One F.M.A.P. Mauser Model 1909 rifle with suppressed barrel, serial number removed;

- One Ruger model 10/22 carbine, .22 long rifle caliber, serial number 112-57933, with folding stock, and one plastic Butler Creek magazine;

- One RPB Industries .45 Caliber pistol, serial number SAP45241, and one extended magazine;

- Plastic grocery bag containing two metal cylinders and other metal parts;

- One improvised hand grenade;

- Two training grenade fuses;

- One silver colored blasting cap;

- One copper colored blasting cap;

- Three Signal Illumination star cluster flares;

- Two Surface Trip flares;

- One green ammunition box containing grenade spoons;

- Fuses, Igniters, Firing Devices, Tripwires, and other explosives-related components obtained from Wann; and

2

- Seven grenade bodies and electronic firing device;

THAT the Secret Service, United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 4th day of December, 2018.

_____
Dana L. Christensen, Chief District Judge
United States District Court