**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2d Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Tara.Elliott@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRUCE BOONE WANN,**<br><br>Defendants. | **CR 18-54-M-DLC**<br><br>**DECLARATION OF PUBLICATION** |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 29, 2018, and ending on January 27, 2019. (See, Attachment-1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Missoula, Montana.

                KURT G. ALME
                United States Attorney


                */s/ Tara J. Elliott*
                Assistant U.S. Attorney
                Attorney for Plaintiff