TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: tara.elliott@usdoj.gov

TARYN MEEKS
Trial Attorney
National Security Division
U.S. Department of Justice
Phone: (202) 532-4162
taryn.meeks@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRUCE BOONE WANN, Defendant. | CR 18-54-M-DLC UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE |

The United States of America, by and through Tara J. Elliott, Assistant United States Attorney for the District of Montana, moves this Court to enter a

Final Order of Forfeiture, forfeiting the Defendant's right, title, and interest in the property referenced in the supporting brief, filed under separate cover. The Defendant admitted the forfeiture allegation in his plea agreement and does not oppose this motion. L.R. CR 47.1(a).

Respectfully submitted this 4th day of March, 2019.

                              KURT G. ALME
                              United States Attorney


                              */s/ Tara J. Elliott*
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, a copy of the foregoing document was served on the following persons by the following means:

(1, 2) CM/ECF
( )    Hand Delivery
( )    U.S. Mail
( )    Overnight Delivery Service
( )    Fax
( )    E-Mail

1. Clerk, U.S. District Court

2. Shandor Badaruddin
   Moriarity & Badaruddin, PLLC
   736 S 3rd St. West
   Missoula, MT 59801

*/s/ Tara J. Elliott*
Assistant U.S. Attorney
Attorney for Plaintiff