
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-54-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| BRUCE BOONE WANN, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1    The United States commenced this action pursuant to 18 U.S.C. § 844(c), 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

2.    A preliminary order of forfeiture was entered on December 4, 2018. (Doc. 37.)

3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 41.)

4.    It appears there is cause to issue a forfeiture order under 18 U.S.C. § 844(c), 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

It is therefore ORDERED that:

1

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 844(c), 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a), free from the claims of any other party, the following property:

- Three Cardboard Tubes with end caps and multi-colored fuses;

- Five simulator hand grenades in cardboard box with instructions;

- One Ruger .22 caliber long rifle pistol with suppressed barrel and serial number removed;

- One Ruger 22/45 MK II .22 caliber long rifle pistol, target model, with threaded barrel and serial number removed;

- One F.M.A.P. Mauser Model 1909 rifle with suppressed barrel, serial number removed;

- One Ruger model 10/22 carbine, .22 long rifle caliber, serial number 112-57933, with folding stock, and one plastic Butler Creek magazine;

- One RPB Industries .45 Caliber pistol, serial number SAP45241, and one extended magazine;

- Plastic grocery bag containing two metal cylinders and other metal parts;

- One improvised hand grenade;

- Two training grenade fuses;

- One silver colored blasting cap;

- One copper colored blasting cap;

- Three Signal Illumination star cluster flares;

- Two Surface Trip flares;

- One green ammunition box containing grenade spoons;

- Fuses, Igniters, Firing Devices, Tripwires, and other explosives-related components obtained from Wann; and

- Seven grenade bodies and electronic firing device.

3.    The United States shall have full and legal title to the forfeited

property and may dispose of it in accordance with law.

DATED this **4th** day of March, 2019.

Dana L. Christensen, Chief District Judge
United States District Court