IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–54–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRUCE BOONE WANN, | |
| Defendants. | |

Before the Court is Defendant Bruce Wann's Unopposed Motion to Transfer or Return Property to Third Party. (Doc. 60.) It is unclear why, if the United States does not object, it does not release this property without judicial intervention. And the Court is hesitant to order the release of firearms and ammunition to specific individuals without a clear statement from the United States regarding the safety and propriety of the request.

Accordingly, IT IS ORDERED that the United States shall file a response to the motion on or before April 8, 2020. The United States shall explain: (1) why judicial intervention is necessary; (2) its view on the safety of release to the individuals designated by Wann; and (3) the procedures that it follows when it releases items that have not been forfeited.

-1-

DATED this 1st day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court