# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MONTANA

## REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Bruce Boone Wann      **Docket Number:** 0977 9:18CR00054-001

**Name of Sentencing Judicial Officer:**    THE HONORABLE DANA L. CHRISTENSEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/12/2019

**Original Offense:** 18:922C.F; ILLEGAL TRANSFER OF FIREARMS, 26:5861D.F; UNLAWFUL TO RECEIVE A FIREARM NOT REGISTERED, 26:5861F.F; UNLAWFUL TO MAKE A FIREARM IN VIOLATION, 26:5861F.F; UNLAWFUL TO MAKE A FIREARM IN VIOLATION

**Original Sentence:** 48 months custody, 36 months supervised release
**Type of Supervision:** Supervised Release      **Date Supervision Commenced:**

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the Judgment by adding the following condition(s) of supervision:

1. Provide the Probation Office with access to any requested financial information.

2. The defendant shall submit his person, and any property, house, residence, office, vehicle, papers, computer, other electronic communications or data storage devices or media and effects to a search at any time, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residence that the premises may be subject to searches pursuant to this condition.

3. The defendant shall complete a sex offender assessment, as directed by the Probation Office. The defendant shall also pay any associated costs as directed by the Probation Office.

4. You shall consent to the United States Probation Office conducting periodic unannounced examinations of your computers or other electronic devices which may include retrieval and copying of all data from these devices. This also includes the removal of such devices, if necessary, for the purpose of conducting a more thorough inspection.

## ** CAUSE **

On 04/12/2019, the defendant appeared for sentencing before THE HONORABLE DANA L. CHRISTENSEN, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 18:922C.F; ILLEGAL TRANSFER OF FIREARMS, 26:5861D.F; UNLAWFUL TO RECEIVE A FIREARM NOT REGISTERED, 26:5861F.F; UNLAWFUL TO MAKE A FIREARM IN VIOLATION, 26:5861F.F; UNLAWFUL TO MAKE A FIREARM IN VIOLATION. The offense involved the defendant being in possession of illegal firearms and a destructive device. The defendant was sentenced to 48 months custody on each count, concurrent, followed by 3 years supervised release.

Through the Bureau of Prisons, the defendant submitted a supervised release plan to the U.S. Probation Office in the Western District of Missouri. The defendant requested permission to reside with his mother in Missouri upon his release. The U.S. Probation Office/Western Missouri investigated and approved the defendant's transfer, contingent upon him agreeing to the above outlined additional special conditions. The defendant agreed to the proposed modification and signed the attached waiver on June 30, 2020.

### U.S. Probation Officer Recommendation:

I would respectfully ask the Court to approve the modification of conditions which would allow the defendant to be supervised in Missouri where he has a family residence and support. Should Your Honor agree with the recommendation, I have enclosed a copy of the Probation 49, Waiver of Hearing to Modify Conditions of Supervision, where the defendant has voluntarily agreed to modify their conditions. Counsel for the government and the defendant have been consulted and neither party object to the modification.

Respectfully Submitted

By: _____/s/ Derek Hart_____    _____
Derek Hart
Supervising United States Probation Officer
Date: 07/06/2020

## ORDER OF COURT

☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ No Action
☐ Other

*Dana L. Christensen*
Dana L Christensen
United States District Judge

July 8, 2020
Date

PROB 49
(3/89)



United States District Court
Western District of Missouri

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

- Provide the Probation Office with access to any requested financial information.

  The defendant shall submit his person, and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search at any time, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

  The defendant shall complete a sex offender assessment, as directed by the Probation Office. The defendant shall also pay any associated costs as directed by the Probation Office.

  You shall consent to the United States Probation Office conducting periodic unannounced examinations of your computers or other electronic devices which may include retrieval and copying of all data from these devices. This also includes the removal of such devices, if necessary, for the purpose of conducting a more thorough inspection.

Witness: _____   Signed: _____

                                                                                 **Probationer or Supervised Releasee**
                                                                                  Bruce Boone Wann

June 30, 2020
_____
Date